UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAQIYEDDINE GRAICHE, et al,

                Plaintiff,

    -against-

NOAH'S ARK BAGEL CORP., et al,

                Defendant.

25-CV-6389 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 17, 2025, I ordered the parties to file monthyl updates on the status of discovery, including on February 28, 2026. (*See* ECF 15 ¶ 7.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **March 6, 2026**.

Dated: March 5, 2026
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge