UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAQIYEDDINE GRAICHE, et al, | 25-CV-06389 (ALC) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| NOAH'S ARK BAGEL CORP., et al, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, March 18, 2026 at 3:30 PM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 493 684 959#.

DATED:  March 6, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge