UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAQIYEDDINE GRAICHE, et al,

Plaintiff,

-against-

NOAH'S ARK BAGEL CORP., et al,

Defendant.

25-CV-6389 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' filing under *Cheeks* is due no later than **April 17, 2026**. If the parties wish to consent to my jurisdiction, they should make the required filings in advance of the deadline for their *Cheeks* application.

DATED:        March 19, 2026
                      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge