UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAQIYEDDINE GRAICHE, et al,<br><br>         Plaintiff,<br><br>   -against-<br><br>NOAH'S ARK BAGEL CORP., et al,<br><br>         Defendant. | 25-CV-6389 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have reviewed the proposed settlement agreement (ECF 27-1). Plaintiff's release is a general one that is not limited to wage and hour claims and the claim regarding a loan to defendant, which are the claims alleged in the complaint. The parties are directed to explain the reasoning behind the non-mutual general release. Plaintiff's counsel is also directed to include a copy of the retainer agreement, so that I can confirm that I do not need to require Plaintiff's counsel to submit his time records and perform a lodestar analysis. The parties shall make this filing by **April 16, 2026**.

DATED:     New York, New York
             April 9, 2026

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge