UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAQIYEDDINE GRAICHE,

Plaintiff,

-against-

NOAH'S ARK BAGELS CORP., ET AL.,

Defendants.

25CV06389 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I held a status conference today in connection with the pending motion to reopen the case and enter judgment based on settlement. (ECF 31.) Counsel for the parties were present but Defendants were not, despite having been instructed to attend at the prior conference. Defendants are ORDERED TO SHOW CAUSE why I should not enter judgment against Defendants for failure to comply with the terms of the settlement agreement. Defendants may discharge this order to show cause by submitting a letter on the docket by **October 21, 2026** stating that they have become current in their payment obligations under the settlement agreement. If Defendants have not done so by that date, or if Plaintiff does not withdraw the pending motion, I expect to promptly enter judgment against Defendants.

DATED: October 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge